**92–1802.** State v. Freeman. *Montgomery County*, No. 12198. Reported at 66 Ohio St.3d 1443, 609 N.E.2d 170. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**92–2171.** Tresner v. Pepsi Cola Bottling Co. of Columbus. *Franklin County*, No. 91AP–1093. Reported at 66 Ohio St.3d 1439, 608 N.E.2d 1085. On motion for rehearing. Rehearing denied.

**92–2247.** Crenshaw v. Ohio Unemp. Comp. Bd. of Review. *Lucas County*, No. L–92–330. Reported at 66 Ohio St.3d 1422, 607 N.E.2d 844. On motion for rehearing. Rehearing denied.

**92–2439.** Lake White Community Assoc., Inc. v. Lucas. *Pike County*, No. 477. Reported at 66 Ohio St.3d 1423, 607 N.E.2d 845, and 66 Ohio St.3d 1447, 609 N.E.2d 173. On second motion for rehearing. Motion denied.

PFEIFER, J., dissents.

**92–2520.** Gerner v. Salem City School Dist. Bd. of Edn. *Columbiana County*, No. 91–C–33. Reported at 66 Ohio St.3d 1440, 608 N.E.2d 1085. On motion for rehearing. Rehearing granted and motion to certify the record allowed.

MOYER, C.J., and WRIGHT, J., dissent.

**92–2542.** State v. Van Hook. *Hamilton County*, No. C–910505. Reported at 66 Ohio St.3d 1440, 608 N.E.2d 1085. On motion for rehearing. Rehearing denied.

**92–2615.** State v. Greer. *Summit County*, No. 15217. Reported at 66 Ohio St.3d 1446, 609 N.E.2d 172. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**93–30.** Daugherty v. Wagner. *Fairfield County*, No. 11–CA–92. Reported at 66 Ohio St.3d 1446, 609 N.E.2d 172. On motion for rehearing. Rehearing denied.

MOYER, C.J., and WRIGHT, J., dissent.

**93–381.** Akron v. Smith. *Summit County*, No. 15571. Reported at 66 Ohio St.3d 1445, 609 N.E.2d 171. On motion for rehearing. Rehearing denied.

**93–401.** Steverson v. Weiss. *Franklin County*, No. 92AP–1082. Reported at 66 Ohio St.3d 1448, 609 N.E.2d 563. On motion for rehearing and on motion for leave to file memorandum in support instanter. Motions denied.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

*Friday, April 30, 1993*

## MOTION DOCKET

**90–1868.** State v. Combs. *Hamilton County*, No. C–880156. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution scheduled to expire on April 26, 1993,

IT IS ORDERED by the court, effective April 27, 1993, that said motion be, and the same is hereby, granted, and said stay of execution is continued to May 10, 1993.

## MISCELLANEOUS DISMISSALS

**92–1270.** State ex rel. Thomas v. Jakeway. In mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 27, 1993.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–685.** Pavia v. State Farm Mut. Ins. Co. *Erie County*, No. E–92–16. Cause dismissed, on appellant's application for dismissal, effective April 27, 1993.